MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
One Battery Park Plaza
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

May 27, 2026

**By ECF**

Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Marcus Pittman,* 24 Cr. 413 (KAM)

Dear Judge Matsumoto,

Mr. Pittman has pled guilty to causing death through use of a firearm. His sentencing hearing is currently scheduled for June 25, 2026. I write to request a six-week adjournment of the hearing to August 3, 6 or 7, because I am still collecting mitigation materials from Mr. Pittman's family. The government has no objection to my application.

Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
*Counsel for Marcus Pittman*

cc: Government Counsel
Florian Midel, Esq.