MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
One Battery Park Plaza
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

July 14, 2026

Via ECF

Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Marcus Pittman,* 24 CR 413 (KAM)

Dear Judge Matsumoto,

I write to confirm that I have explained to Marcus Pittman the standard conditions of probation and supervised release listed in Sections 5B1.3(c) and 5D1.3 of the U.S. Sentencing Guidelines and the special conditions of supervision recommended in the PSR. We had adequate time to discuss them. Mr. Pittman acknowledged his understanding that the Court will impose the standard conditions if his sentence includes a term of probation or supervised release.

Respectfully,

/s/ Deborah Colson
*Attorney for Marcus Pittman*

My attorney has provided me with written copies of the standard conditions of probation and supervised released, as well as the special conditions of supervision recommended in the PSR. We had adequate time to discuss them and I understand them. I also understand that the court will imposed the standard conditions if my sentence includes a term of probation or supervised release.

Marcus Pittman

Marcus Pittman